**No. 10-9417. Durrell Williams, Petitioner v. United States.**

563 U.S. 948, 131 S. Ct. 2122, 179 L. Ed. 2d 914, 2011 U.S. LEXIS 2868.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 630 F.3d 44.

**No. 10-9418. Anthony Wilson, Petitioner v. United States.**

563 U.S. 949, 131 S. Ct. 2122, 179 L. Ed. 2d 914, 2011 U.S. LEXIS 2917.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 394 Fed. Appx. 340.

**No. 10-9419. Vinh Hoang Tran, Petitioner v. United States.**

563 U.S. 949, 131 S. Ct. 2122, 179 L. Ed. 2d 914, 2011 U.S. LEXIS 2978.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 405 Fed. Appx. 224.

**No. 10-9426. Mark Anthony Bramlett, Petitioner v. United States.**

563 U.S. 949, 131 S. Ct. 2122, 179 L. Ed. 2d 914, 2011 U.S. LEXIS 2916,

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 405 Fed. Appx. 363.

**No. 10-9430. Teresa Ward Cooper, Petitioner v. City of Dallas, Texas.**

563 U.S. 949, 131 S. Ct. 2122, 179 L. Ed. 2d 914, 2011 U.S. LEXIS 2906,

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 402 Fed. Appx. 891.

**No. 10-9432. Darrell Hall, Petitioner v. United States.**

563 U.S. 949, 131 S. Ct. 2123, 179 L. Ed. 2d 914, 2011 U.S. LEXIS 2874.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 404 Fed. Appx. 742.

**No. 10-9433. Ramon Lee Rios, Petitioner v. United States.**

563 U.S. 949, 131 S. Ct. 2123, 179 L. Ed. 2d 914, 2011 U.S. LEXIS 2866.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 404 Fed. Appx. 258.

**No. 10-9434. Steven James Bussard, Jr., Petitioner v. United States.**

563 U.S. 949, 131 S. Ct. 2123, 179 L. Ed. 2d 914, 2011 U.S. LEXIS 2840.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 398 Fed. Appx. 443.